UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELMER EUGENE WALKER, | No. 2:22-cv-1327 DB P |
| Plaintiff, | |
| v. | ORDER |
| JENNA NELSON, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has not paid the required filing fee of $350.00 plus the $52.00 administrative fee nor has he filed an application to proceed in forma pauperis. See 28 U.S.C. §§ 1914(a) & 1915(a). Plaintiff will be granted thirty days to pay the filing fee in full or submit a properly completed application to proceed in forma pauperis.

Plaintiff is cautioned that the in forma pauperis application form includes a section that must be completed by a prison official, and the form must be accompanied by a certified copy of plaintiff's prison trust account statement for the six-month period immediately preceding the filing of this action.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff shall submit, within thirty days from the date of this order, either the $350.00 filing fee plus the $52.00 administrative fee or a properly completed application to proceed in

1  forma pauperis on the form provided with this order; plaintiff is cautioned that failure to comply
2  with this order or seek an extension of time to do so will result in dismissal of this action without
3  prejudice; and
4      2. The Clerk of the Court is directed to send plaintiff an Application to Proceed In Forma
5  Pauperis By a Prisoner for use in a civil rights action.
6  DATED: August 2, 2022

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:14
DB/DB Prisoner Inbox/Civil Rights/R/walk1327.3a