ELMER EUGENE WALKER K 42310
Name and Prisoner/Booking Number

CALIFORNIA HEALTH CARE FACILITY
Place of Confinement

P.O. BOX 213040, D7A-105
Mailing Address

STOCKTON  CA, 95213
City, State, Zip Code

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

```
┌─────────────────────────────┐
│          FILED              │
│                             │
│       Aug 10, 2022          │
│   CLERK, U.S. DISTRICT COURT │
│ EASTERN DISTRICT OF CALIFORNIA │
└─────────────────────────────┘
```

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

ELMER EUGENE WALKER                      )
(Full Name of Plaintiff)          Plaintiff,   )
                                         )
                    v.                   )   CASE NO. __2:22-cv-1327 KJM DB (PC)__
                                         )        (To be supplied by the Clerk)
(1) JENNA NELSON, CHIEF DEPUTY           )
(Full Name of Defendant)                 )
(2) CALIFORNIA LEGISLATIVE BODY          )
                                         )   **CIVIL RIGHTS COMPLAINT**
(3) THE DIRECTOR OF CORRECTIONS          )   **BY A PRISONER**
                                         )
(4) R. BURTON, WARDEN, IN STOCKTON PRISON )
                    Defendant(s).         )   ☑ Original Complaint
                                         )   ☐ First Amended Complaint
☐ Check if there are additional Defendants and attach page 1-A listing them.   )   ☐ Second Amended Complaint

## A. JURISDICTION

1.   This Court has jurisdiction over this action pursuant to:

☐ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983

☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).

☐ Other: _____.

2.   Institution/city where violation occurred: CALIFORNIA HEALTH CARE FACILITY IN STOCKTON CA.

Revised 3/15/2016

**B. DEFENDANTS**

1. Name of first Defendant: *JENNAN ELSON, CHIEF JUDGE* . The first Defendant is employed as:
*JENNA NELSON CHIEF JUDGE* at *EASTERN DISTRICT COURT*
      (Position and Title)                  (Institution)

2. Name of second Defendant: *LEGISLATIVE BODY* . The second Defendant is employed as:
*CALIFORNIA LEGISLATIVE BODY* at *CALIFORNIA LEGISLATIVE BODY*
      (Position and Title)                  (Institution)

3. Name of third Defendant: *THE DIRECTOR OF CORRECTION* . The third Defendant is employed as:
*THE DIRECTOR OF DEPARTMENT OF CORRECT* at *SACRAMENTO CA*
      (Position and Title)                  (Institution)

4. Name of fourth Defendant: *R. BURTON, WARDEN, AND* . The fourth Defendant is employed as:
*LIBRARIAN/LITIGATION COORDINATOR* at *STOCKTON CA, C.H.C.F*
      (Position and Title)                  (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

**C. PREVIOUS LAWSUITS**

1. Have you filed any other lawsuits while you were a prisoner? ☑ Yes ☐ No

2. If yes, how many lawsuits have you filed? *1* . Describe the previous lawsuits:

  a. First prior lawsuit:
    1. Parties: *LA JAIL* v. *ME. WALKER*
    2. Court and case number: _____
    3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____
    *I WIN*

  b. Second prior lawsuit:
    1. Parties: _____ v. _____
    2. Court and case number: _____
    3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____

  c. Third prior lawsuit:
    1. Parties: _____ v. _____
    2. Court and case number: _____
    3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

## D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: _My RIGHTS TO A FEDERAL COURT._

2. **Claim I**. Identify the issue involved. Check **only one**. State additional issues in separate claims.

☐ Basic necessities    ☐ Mail    ☑ Access to the court    ☐ Medical care
☐ Disciplinary proceedings    ☐ Property    ☐ Exercise of religion    ☐ Retaliation
☐ Excessive force by an officer    ☐ Threat to safety    ☐ Other: _____.

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

_THE EASTERN DISTRICT COURT OF CALIFORNIA SENT MY UNITED STATES DISTRICT COURT OF EASTERN DISTRICT OF CALIFORNIA CIVIL RIGHTS COMPLAINT 42 U.S.C. 1983 BY A PRISONER CHIEF DEPUTY JENNA NELSON SENT THE COMPLAINT BACK TWO ME WALKER WHAT ALL THESE STATE ACTOR DID IS CRIMINAL AND IT A VIOLATION OF THE CONSTITUTION OF THE UNITED STATES AND DISCRIMINATION, AND TO CONSPIRE WITH CONSPIRACY TO DENT ME WALKER CIVIL RIGHT COMPLAINT. CALIFORNIA LEGISLATIVE BODY WHO HAVE THE POWER TO MAKE LAW. AN ORGANIZED BODY OF PERSONS HAVING THE AUTHORITY TO MAKE LAW, CALIFORNIA LEGISLATIVE MADE A LAW THAT THE C.D.C.R. CALIFORNIA PRISON LIBRARY LITIGATION COORDINATOR CAN NOT LIMITED MY CIVIL RIGHT COMPLAINT 42 U.S.C. 1983 ABOUT MY LAW SUIT AGAINST SAN JOAQUIN HOSPITAL, ONE THING CAN NOT HAPPEN IS THE EASTERN DISTRICT COURT, A FEDERAL COURT CAN NOT ASS A STATES PRISON LIBRARY LITIGATION COORDINATOR DO ANY THING TO A FEDERAL CIVIL RIGHT COMPLAINT 42.U.S.C. 1983_

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

_I SENT MY CIVIL RIGHTS COMPLAINT 42 U.S.C. 1983 EASTERN DISTRICT COURT AND CHIEF DEPUTY JENNA NELSON JUDGE SENT MY LAW SUIT AGAINST SAN JOAQUIN HOSPITAL BACK TO ME, WALKER_

5. **Administrative Remedies:**

a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?    ☐ Yes   ☐ No

b. Did you submit a request for administrative relief on Claim I?    ☐ Yes   ☐ No

c. Did you appeal your request for relief on Claim I to the highest level?    ☐ Yes   ☐ No

d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

**CLAIM II**

1. State the constitutional or other federal civil right that was violated: _____
_____.

2. **Claim II.** Identify the issue involved. Check **only one**. State additional issues in separate claims.

☐ Basic necessities ☐ Mail ☑ Access to the court ☐ Medical care
☐ Disciplinary proceedings ☐ Property ☐ Exercise of religion ☐ Retaliation
☐ Excessive force by an officer ☐ Threat to safety ☐ Other: _____.

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

THE DIRECTOR OF CORRECTIONS, AND R. BURTON THE WARDEN
AT STOCKTON PRISON, CALIFORNIA HEALTH CARE FACILITY; DID
NOT MAKE COPYS FOR MY CIVIL RIGHTS COMPLAINT U.S.C.
42 1983, THE LIBRARIAN LITIGATION COORDINAT, MY LAW
SUIT IS AGAINST SAN JOAQUIN HOSPITAL
CHIEF DISTRICT JUDGE ENTITLED IN RE PROCEDURED RULES FOR
ELECRONIC SUBMISSION OF PRISONER LITIGATION FILED BY PLAINTIFFS
INCARCERATED AT PARTICIPATING INSTITUTION AUTHORIZING THE E-FILING
OF INITIAL CIVIL COMPLAINTS IN CONDITIONS OF CONFINEMENT CASES
ONLY FILED BY INCARCERATED PRISONERS
↘ ( IN CONDITIONS OF CONFINEMENT CASES ONLY ) ⟵
MY CIVIL RIGHTS COMPLAINTS 42, U.S.C, 1983
IS To SAN JOAQUIN HOSPITAL.
THE PRISON DID NOT MAKE COPYS FOR MY CIVIL RIGHTS
COMPLAINT, 42 U.S.C. 1983

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
I CAN'T SEND MY CIVIL RIGHTS COMPLAINT
42 U.S.C. 1983 IN TIME

5. **Administrative Remedies.**

a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☐ Yes ☐ No

b. Did you submit a request for administrative relief on Claim II? ☐ Yes ☐ No

c. Did you appeal your request for relief on Claim II to the highest level? ☐ Yes ☐ No

d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. I AM SUING CHIEF DISTRICT JUDGE L-NNA NELSON
AND FEDERAL COURT, ALL STATE ACTORS,

4

## CLAIM III

1.  State the constitutional or other federal civil right that was violated: _____
_____.

2.  **Claim III.** Identify the issue involved.  Check **only one**.  State additional issues in separate claims.
    - ☐ Basic necessities            ☐ Mail              ☐ Access to the court        ☐ Medical care
    - ☐ Disciplinary proceedings     ☐ Property          ☐ Exercise of religion       ☐ Retaliation
    - ☐ Excessive force by an officer   ☐ Threat to safety   ☐ Other: _____.

3.  **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III.  Describe exactly what **each Defendant** did or did not do that violated your rights.  State the facts clearly in your own words without citing legal authority or arguments.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____.

4.  **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

_____
_____
_____.

5.  **Administrative Remedies.**
    a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?                                                                    ☐ Yes  ☐ No
    b.  Did you submit a request for administrative relief on Claim III?                    ☐ Yes  ☐ No
    c.  Did you appeal your request for relief on Claim III to the highest level?            ☐ Yes  ☐ No
    d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
_____.

**If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.**

5

## E. REQUEST FOR RELIEF

State the relief you are seeking:

I WANT A JURY TRIAL DEMANDED. I WANT FIFTY MILLIONS DOLLARS, AND FIFTY MILLIONS DOLLARS PUNITIVE DAMAGE, I WANT CHIEF DISTRICT JUDGE JENNA NELSON CHARGED WITH CONSPIRE WITH CONSPIRACY TO DENIED ME WALKER THE RIGHTS TO COURTS, AND DISCRIMINATION. AND ALL THE STATE ACTORS CHARGED

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____8-17-22_____
                    DATE

_____Elmon Eugene Walker_____
SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
_____
_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form.  If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages.  If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.

Scanned at CDCR and E-Mailed
on _1/27/22_ by _ok_
(date)        (initials)

Number of pages scanned: _40_

# CIVIL COVER SHEET (E-FILING FROM CDCR ONLY)

This civil cover sheet and the information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized by the Standing Order signed by the Chief District Judge entitled "In Re: Procedural Rules for Electronic Submission Of Prisoner Litigation Filed By Plaintiffs Incarcerated at Participating Institutions", and approved by the Clerk of the Court. This civil cover sheet is required on all cases filed by Plaintiffs housed at institutions participating under the e-filing program pursuant to the Standing Order and necessary for the purpose of initiating the civil case.

| I.  PLAINTIFF<br>*(to be Completed by Plaintiff)* | II.  DEFENDANT(S)<br>*(to be Completed by Plaintiff)* |
|---|---|
| Elmer E Walker | San Joaquin Hospital |

**III.  INSTITUTION BEING E-FILED FROM**
*(To be Completed by CDCR Staff Member)*

CDCR Institution Abbreviation Code  CHCF Stockton

**IV.  SENDER INFORMATION**
*(to be Completed by CDCR Staff Member)*

SENDER:  S. Koubong
*(Please SIGN Name)*          *(Please PRINT Name)*

DATE SCANNED & EMAILED: _____

**V.  IF CIVIL COMPLAINT CANNOT BE E-FILED ONLY**
*(to be Completed by CDCR Staff Member)*

☐  *This civil complaint, and other initial filing documents authorized by the Chief District Judge entitled "In Re: Procedural Rules for Electronic Submission Of Prisoner Litigation Filed By Plaintiffs Incarcerated at Participating Institutions" is authorized to be filed through the U.S. mail and accepted by the Clerk of the Court without the need to be electronically filed because the digital sender/scanner was down for more than 48 hours. See Standing Order at ¶ 2.*

DATED: _____

_____          _____
(Please SIGN Name)                 (Please PRINT Name)

*Institution Abbreviation Code:* _____

*See Reverse Side for "Instructions To Plaintiffs Participating In E-Filing Program At Participating CDCR Facilities"*

*ED Cal 1 (March 2016)*

Scanned at ~~UDOM~~ ~~211~~

Filed 08/10/22 by ~~su~~

(date)          (initials)

Number of pages scanned:

## CIVIL COVER SHEET (E-FILING FROM CDCR ONLY) 34

This civil cover sheet and the information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized by the Standing Order signed by the Chief District Judge entitled "In Re: Procedural Rules for Electronic Submission Of Prisoner Litigation Filed By Plaintiffs Incarcerated at Participating Institutions", and approved by the Clerk of the Court. This civil cover sheet is required on all cases filed by Plaintiffs housed at institutions participating under the e-filing program pursuant to the Standing Order and necessary for the purpose of initiating the civil case.

| I. PLAINTIFF<br>*(to be Completed by Plaintiff)*<br><br>ELMER EUGENE WALKER | II. DEFENDANT(S)<br>*(to be Completed by Plaintiff)*<br><br>CHIEF DISTRICT JUDGE<br>JENNA NELSON |
|---|---|

**III. INSTITUTION BEING E-FILED FROM**
*(To be Completed by CDCR Staff Member)*

CDCR Institution Abbreviation Code _____

**IV. SENDER INFORMATION**
*(to be Completed by CDCR Staff Member)*

**SENDER:** _____     _____
            *(Please SIGN Name)*                    *(Please PRINT Name)*

*DATE SCANNED & EMAILED:* _____

**V. IF CIVIL COMPLAINT CANNOT BE E-FILED ONLY**
*(to be Completed by CDCR Staff Member)*

☐  *This civil complaint, and other initial filing documents authorized by the Chief District Judge entitled "In Re: Procedural Rules for Electronic Submission Of Prisoner Litigation Filed By Plaintiffs Incarcerated at Participating Institutions" is authorized to be filed through the U.S. mail and accepted by the Clerk of the Court without the need to be electronically filed because the digital sender/scanner was down for more than 48 hours. See Standing Order at ¶ 2.*

**DATED:** _____

_____          _____
**(Please SIGN Name)**                    **(Please PRINT Name)**

*Institution Abbreviation Code:* _____

*See Reverse Side for "Instructions To Plaintiffs Participating In E-Filing Program At Participating CDCR Facilities"*

*ED Cal 1 (March 2016)*